**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Marlin DAVIS, a.k.a. Marlin Oliver, a.k.a. Boliver D. Oliver, a.k.a. Marlin Dalton, a.k.a. Dalton Oliver, a.k.a. Darryl Dalton, Defendant–Appellant.**

No. 08–12321.

United States Court of Appeals, Eleventh Circuit.

Feb. 9, 2009.

William Vandercreek, Dallas, TX, for Defendant–Appellant.

E. Bryan Wilson, Tallahassee, FL, for Plaintiff–Appellee.

Before BARKETT, PRYOR and FARRIS,* Circuit Judges.

PER CURIAM:

Marlin Davis appeals from the order reducing his sentence pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 706 to the United States Sentencing Guidelines.[1] In filing his § 3582(c)(2) motion, Davis argued that under *Blakely v. Washington,* 542 U.S. 296, 124 S.Ct. 2531, 159 L.Ed.2d 713 (Supp. May 1, 2008), reduced by two the base offense levels in crack cocaine sentences calculated pursuant to U.S.S.G. § 2D1.1(c).

403 (2004) and *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), the district court could consider evidence to depart below the amended Guideline range in resentencing, as this range was only advisory. The district court disagreed, granting only the two-level reduction in accordance with Amendment 706, and resentencing Davis to the minimum term permitted by the amended Guideline range.

We affirm based on *United States v. Melvin*, 556 F.3d 1190 (11th Cir.2009).

AFFIRMED.